UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNILOC USA, INC.; and UNILOC
LUXEMBOURG, S.A.,

               Plaintiffs,

   v.

HTC AMERICA, INC.,

               Defendant.

C17-1629 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Pursuant to the parties' stipulation, docket no. 9, the following deadlines are EXTENDED:

Deadline for filing responsive pleading or motion          February 9, 2018

Deadline for exchanging Initial Disclosures           February 16, 2018

Deadline for filing Joint Status Report and Discovery Plan    February 16, 2018

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of January, 2018.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 1